# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM VIRAY, ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>  Defendants. | Case No. 18-cv-00099-BLF<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[Re: ECF 40] |

Defendant United States of America, specially appearing for purposes of this administrative motion, has filed an administrative motion to relate *Viray v. United States of America*, Case No. 18-cv-04634-EDL, to the above captioned case, *Viray v. United States Postal Service*, Case No. 18-cv-00099.

"An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a). Those requirements are satisfied here. Accordingly, the Court GRANTS the motion to relate the cases.

**IT IS SO ORDERED.**

Dated: August 9, 2018

_____
BETH LABSON FREEMAN
United States District Judge