# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM VIRAY, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, et al., <br><br> Defendants. | Case No. 18-cv-00099-BLF <br><br> **ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> [Re: ECF 42] |

Defendant United States of America, specially appearing for purposes of this administrative motion, has filed an administrative motion to relate *Viray v. Bedolla*, Case No. 18-cv-4900-KAW, to the above captioned case, *Viray v. United States Postal Service*, Case No. 18-cv-00099-BLF. *See* ECF 42. Plaintiff has not filed opposition papers.

"An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a). Those requirements are satisfied here. Accordingly, the Court GRANTS the motion to relate the cases.

**IT IS SO ORDERED.**

Dated: August 27, 2018

_____
BETH LABSON FREEMAN
United States District Judge